

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00333-CV

**PEKKA JOKI,**
**AS TRUSTEE OF THE JOKI LIVING TRUST,**

**Appellants**

 **v.**

**ALBERT AND JULIA SPRINGER,**

**Appellees**

**From the 12th District Court**
**Walker County, Texas**
**Trial Court No. 25758**

## O R D E R

Appellant Pekka Joki, as Trustee of the Joki Living Trust, appeals from an order of the trial court granting a motion for summary judgment filed by Appellees Albert and Julia Springer. Pursuant to Rules 42.3 and 44.3 of the Texas Rules of Appellate Procedure, the parties are notified that this case is subject to dismissal because it appears that the "Order Granting Plaintiffs' Motion for Summary Judgment" is not a final, appealable order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 192-93 (Tex. 2001). This Court has

no jurisdiction to hear an appeal from a judgment that is not final, unless there is specific statutory authority permitting an appeal before final judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.012, 51.014. "A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record" or if "it states with unmistakable clarity that it is a final judgment as to all claims and all parties." *Lehmann*, 39 S.W.3d at 195.

Therefore, the Court may dismiss this appeal unless, within 10 days of the date of this order, a response is filed showing grounds for continuing the appeal.

Failure to file a response as requested will result in the dismissal of this appeal without further notification for failure to comply with this Order. TEX. R. APP. P. 42.3(c).

PER CURIAM

Before Chief Justice Gray,
     Justice Davis and
     Justice Scoggins[1]
Order issued and filed February 27, 2019
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.